United States District Court
Southern District of Texas
ENTERED

AUG 27 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 26 1998

Michael N. Milby
Clerk of Court

| | |
|---|---|
| HERMAN PLEASANT | * |
| | * |
| VS. | *　　CA-B-94-225 |
| | * |
| MR. WOODS, WARDEN, ET AL | * |

### ORDER OF DISMISSAL

This cause of action was filed on August 1, 1996. Since then, Petitioner has failed to take any action to further prosecute his claim.

It is therefore Ordered that this cause of action be dismissed for failure to prosecute.

DONE at Brownsville, Texas, this 26th day of August, 1998.

_____
Filemon B. Vela
United States District Judge